FILED
March 16, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D24

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Alfred H. Pendleton and Gail Flease Pendleton | **Case No :** | 10-20100 - C - 7 |
| | | **Date :** | 3/9/10 |
| | | **Time :** | 09:30 |

**Matter :** [10] - Motion/Application for Relief from Stay [PD-1] Filed by Creditor US Bank National Association (Fee Paid $150) (smis)
[10] - Motion/Application for Adequate Protection [PD-1] Filed by Creditor US Bank National Association (smis)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

### CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted. The automatic stay is vacated with respect to the property described in the motion, commonly known as: 9540 Birch Basin Court, Las Vegas, NV, as to all parties in interest. Any party with standing may pursue its rights against the property pursuant to applicable non-bankruptcy law. Resolved without oral argument.

The court determines that this bankruptcy proceeding has been finalized for purposes of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of the order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

All requests for attorney fees or other costs are denied with prejudice.

No other relief is authorized.

Dated: March 16, 2010

_____
United States Bankruptcy Judge